

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-19-00432-CR

Donald **BRASSFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1733-CR-A
Honorable William Old, Judge Presiding

# O R D E R

After we granted court reporter Patricia M. Wagner's third motion for extension of time to file the reporter's record, we set the record due on January 7, 2020. *See* TEX. R. APP. R. 35.3(c). On the thrice-extended due date, the court reporter filed a third request for an extension of time to file the record until February 6, 2020.

The reporter's request is GRANTED.

We ORDER court reporter Patricia M. Wagner to file the reporter's record with this court not later than February 6, 2020.

We also ORDER court reporter Patricia M. Wagner to submit an updated, signed, written status report on each Friday, i.e., January 17, 24, 31, 2020, until the record is filed.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2020.

MICHAEL A. CRUZ,
Clerk of Court